UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLSA TINA JAMES<br><br>      Plaintiff(s),<br><br>   v.<br><br>CITY OF MANHATTAN BEACH , et al.<br><br><br><br>      Defendant(s). | CASE NO:<br>2:14−cv−01243−MMM−PLA<br><br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above−entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

Dated: July 9, 2014

_Margaret M. Morrow_
_____
Margaret M. Morrow
United States District Judge

−1−